THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
James Shawn Thomas, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2006-UP-234   
Submitted April 1, 2006  Filed April 27, 2006 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia, and Harold W. Gowdy, III, Seventh Circuit Solicitors Office, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  On April 11, 2005, James Thomas pleaded guilty to felony DUI resulting in death, felony DUI resulting in great bodily injury, and assault and battery of a high and aggravated nature.  He was sentenced to concurrent sentences of ten years in prison for each charge.  Thomas appeals, arguing his guilty plea failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel for Thomas has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Thomas did not file a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
BEATTY, SHORT, and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.